

ATTORNEYS
VICTOR M. ARELLANO **
DOUGLAS J. PHEBUS*

*NATIONALLY CERTIFIED CIVIL TRIAL ADVOCATE

**FORMER COURT COMMISSIONER

# ARELLANO & PHEBUS, S.C.

1468 N. HIGH POINT ROAD, SUITE 102
MIDDLETON, WI 53562-3683

TELEPHONE: 608.827.7680
FACSIMILE: 608.827.7681

316 N. MILWAUKEE STREET, LL-16
MILWAUKEE, WI 53202
TELEPHONE: 414-672-7680

www.aplawoffice.com

OFFICE ADMINISTRATOR
YOVANINI RUBIO

LITIGATION/EMPLOYEMNT
OLIVIA RUCKSTUHL

WORKER'S COMPENSATION
ELIZABETH ZUNIGA

CRIMINAL/IMMIGRATION
NAYELI SOTO

RECEPTIONISTS
ARIANA RUBIO
MARIA HERNANDEZ

December 21, 2018

**VIA ELECTRONIC FILING**
Honorable Pamela Pepper
United States District Court
Eastern District of Wisconsin

     Re:   *Javier Correa vs. Strauss Brands, Inc.*
            Case No. 18CV649

Dear Judge Pepper:

     Please be advised that the parties have reached a settlement in this matter. A stipulation for dismissal is forthcoming.

                      Respectfully,

                      ARELLANO & PHEBUS, S.C.

                      *s/ Douglas J. Phebus*
                      Douglas J. Phebus, Esq.
                      Victor M. Arellano, Esq.

DJP:or

c:     Attorney Christine Bestor Townsend